| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
|---|---|
| Moshe Rothenberg, Esq.<br>880 E. Elmer Road<br>Vineland, New Jersey 08360<br>Phone: (856) 236-4374<br>Fax: (856) 405-6769<br>Attorney for Debtor(s) | Order Filed on October 3, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| | Case No.: 17-23180 |
| | Chapter: 13 |
| In Re:<br><br>Edna Clemmons | Adv. No.: N/A |
| | Hearing Date: 9/26/2017 @ 10:00 a.m. |
| | Judge: Andrew B. Altenburg |

**ORDER:**

1. **TO WAIVE APPEARANCE AT 341(A) HEARING FOR DEBTOR**

2. **TO ALLOW DEBTOR'S POWER OF ATTORNEY TO APPEAR AT 341(A) HEARING ON BEHALF OF DEBTOR**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED.**

**DATED: October 3, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
**Debtor:** Edna Clemmons
**Case No:** 17-23180/ABA
**Caption of Order:** 1. To Waive Appearance at 341(a) Hearing for Debtor; and 2. To Allow Debtor's Power of Attorney to Appear at 341(a) Hearing on behalf of Debtor

---

Upon consideration of the Motion of Moshe Rothenberg, Esq. 1. To Waive Appearance at 341(a) Hearing for Debtor; and 2. To Allow Debtor's Power of Attorney to Appear at 341(a) Hearing on behalf of Debtor; and good cause appearing therefore; it is hereby and good cause appearing therefore; it is hereby

**ORDERED AND ADJUDGED** that Edna Clemmons is waived from appearing at the 341(a) Meeting of Creditors;

**IT IS FURTHER ORDERED** that Patricia Clemmons is authorized to appear at the 341(a) Hearing on behalf of Edna Clemmons

United States Bankruptcy Court
District of New Jersey

In re:  
Edna Clemmons  
      Debtor

Case No. 17-23180-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Oct 04, 2017  
                Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2017.  
db          +Edna Clemmons,    106 West Oxford Street,    Vineland, NJ 08360-2723

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2017            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2017 at the address(es) listed below:  
       Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       Moshe Rothenberg    on behalf of Debtor Edna Clemmons moshe@mosherothenberg.com, alyson@mosherothenberg.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

       TOTAL: 4