| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Phone: 609-250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>MidFirst Bank | **Order Filed on February 27, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey**<br><br>Case No.: 17-23180-ABA |
| In Re:<br>    Edna Clemmons,<br><br>Debtor. | Adv. No.:<br><br>Hearing Date: 2/28/2018<br><br>Judge: Andrew B. Altenburg |

**CONSENT ORDER CURING POST-PETITION ESCROW ADVANCES AND RESOLVING OBJECTION TO CONFIRMATION**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: February 27, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtosr: Edna Clemmons
Case No: 17-23180-ABA
Caption of Order:  CONSENT ORDER CURING POST-PETITION ESCROW ADVANCES & RESOLVING OBJECTION TO CONFIRMATION
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, MidFirst Bank, holder of a mortgage on real property known as 106 Oxford Street, a/k/a 106 West Oxford Street, Vineland, NJ 08360, Denise Carlon, Esq. appearing, upon an objection to confirmation of Debtor's Chapter 13 plan and a motion for relief from stay, and this Court having considered the representations of attorneys for Secured Creditor and Moshe Rothenberg, Esq., attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of January 15, 2018, Secured Creditor has advanced $1,216.34 for post-petition escrow advances; and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the post-petition escrow advances in the amount of $1,216.34 shall be added to the affidavit of amount due and paid through Debtor's Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that for the duration of Debtor's Chapter 13 bankruptcy proceeding, Debtor shall pay all post-petition escrow items directly, including but not limited to property taxes and insurance, and if Debtors do not maintain these payments, Secured Creditor can advance for these items and/or seek relief from this Court by filing a certification of default; and

It is further **ORDERED, ADJUDGED and DECREED** that Debtor shall pay the mortgage insurance directly to Secured Creditor outside of the plan in the amount of $13.85, which amount is subject to adjustments in accordance with applicable laws; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's claim will be paid off in full through Debtor's Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that the total amount to be paid to Secured Creditor through Debtor's Chapter 13 plan is broken down as follows:

- $40,751.00 due at the time of fiing;
- $10,600 interest on unpaid balance over the life of the plan (9.5%)
- $1,216.34 for post-petition escrow
- **TOTAL: $52,351.34**

It is **FURTHER ORDERED, ADJUDGED and DECREED** that upon successful completion of said payments, repayment of all post-petition escrow advances, and receipt of a discharge in this Chapter 13 proceeding, this lien shall be released and extinguished; and

**(Page 3)**
Debtosr:  Edna Clemmons
Case No:  17-23180-ABA
Caption of Order:   CONSENT ORDER CURING POST-PETITION ESCROW ADVANCES & RESOLVING OBJECTION TO CONFIRMATION
_____

It is **FURTHER, ORDERED, ADJUDGED** and **DECREED** that Secured Creditor, shall file a release of the lien with the recorder of deeds in Cumberland County for the underlying mortgage within 30 days of the completion of the plan payments, repayment of outstanding escrow advances, and receipt of discharge; and

It is **FURTHER, ORDERED, ADJUDGED** and **DECREED** that in the event Secured Creditor fails to discharge the mortgage within the prescribed period, the Debtor and/or Debtor's counsel may record with the recorder of deeds a certified or exemplified copy of this order, along with a copy of the bankruptcy discharge order, which shall have the same force and effect of a discharge of mortgage.

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation and motion for relief from stay are hereby resolved.


I hereby agree and consent to the above terms and conditions:


*/s/ Denise Carlon*
DENISE CARLON, ESQ., ATTORNEY FOR CREDITOR          Dated: 2/27/2018


I hereby agree and consent to the above terms and conditions:


*/s/ Moshe Rothenberg*
Moshe Rothenberg, ESQ., ATTORNEY FOR DEBTOR          Dated: 2/23/2018